IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SPORTSFIELD SPECIALTIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:11-cv-00152-RLV-DSC |
| ) | |
| ABT, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sportsfield Specialties, Inc., by and though its attorneys, hereby dismisses its claims, without prejudice, against Defendant ABT, Inc.

This is the 1st day of December, 2011.

Respectfully Submitted,

s/ Robert E. Heslin
Robert E. Heslin, *pro hac* vice, BRN 101,969 (NDNY)
David P. Miranda, *pro hac* vice, BRN 103,536 (NDNY)
Caroline B. Ahn, *pro hac* vice, BRN 514,926 (NDNY)
HESLIN ROTHENBERG FARLEY & MESITI, P.C.
5 Columbia Circle
Albany, NY 12203-5160
Tel.: (518) 452-5600
Fax: (518) 452-5579
E-mail: reh@hrfmlaw.com
E-mail: dpm@hrfmlaw.com
E-mail: cba@hrfmlaw.com

Peter J. Juran, Bar Number: 13566
BLANCO TACKABERY & MATAMOROS, P.A.
110 South Stratford Road
Winston-Salem, NC 27104-4299
Tel.: (336) 293-9000
Fax: (336) 293-9030
E-mail: pjj@blancolaw.com

*Attorneys for Plaintiff Sportsfield Specialties, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2011, I electronically filed the attached **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**, with the Clerk of the Court using the Court's CM/ECF system, which sent notification of such filing to:

**Attorneys for ABT, Inc.**

MOORE & VAN ALLEN PLLC
Paul J. Peralta, Esq.
M. Cabell Clay, Esq.
J. Mark Wilson
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
paulperalta@mvalaw.com
cabellclay@mvalaw.com
markwilson@mvalaw.com

Dated:  December 1, 2011            s/ Robert E. Heslin